UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH SEGRAIN          :
                        :
v.                      :   C.A. No. 19-00372-WES
                        :
PATRICIA COYNE-FAGUE, et al.  :

**MEMORANDUM AND ORDER**

Before the Court for determination is Plaintiff's Motion to Proceed In Forma Pauperis on Appeal (ECF No. 75). Plaintiff's Motion is supported by an Affidavit, which Plaintiff signed under penalty of perjury. Upon reviewing the Affidavit, the Court is satisfied that Plaintiff qualifies for in forma pauperis status. Plaintiff's Motion (ECF No. 75) is GRANTED.

SO ORDERED


  /s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 23, 2023